IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ANTHONY WILLIAMS, #32449-001                                       PETITIONER

VERSUS                                       CIVIL ACTION NO. 3:23-cv-84-CWR-FKB

U.S. DEPT. OF JUSTICE                                         RESPONDENT

FINAL JUDGMENT

Pursuant to the Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, HEREBY ORDERED AND ADJUDGED** that, this cause filed pursuant to 28 U.S.C. § 2241 is dismissed for lack of jurisdiction with prejudice as to the jurisdictional issue and without prejudice in all other respects.

SO ORDERED, this the 18th day of August, 2023.

*s/ Carlton W. Reeves*
UNITED STATES DISTRICT JUDGE